IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | ) CHAPTER 13 |
| | ) |
| Antiown & Toni Cook , | ) CASE NO. 06-31281 |
| | ) |
| Debtors. | ) |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW the Debtors, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor states that they can resume the chapter 13 payments and complet the Chapter 13 plan in a timely manner.

2. The Debtor states that their failure to make payments pursuant to the Chapter 13 Trustee was due to the Debtor-Wife becoming unemployed at East Alabama Cardiovacular. The Debtor-Wife is now employed with the Houghston Clinic 161 East University Drive, Auburn, Alabama 36832, where a wage order can issue. The Debtor will make direct payments until she sees the wage order take effect.

WHEREFORE, the premises considered, the Debtor requests this Court to overrule the Trustee's Motion to Dismiss.

DONE this the       11th       day of       December       , 2009.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Richard Shinbaum
　　　　　　　　　　　　　　　　　　　　　　　　Richard D. Shinbaum (SHI007)
　　　　　　　　　　　　　　　　　　　　　　　　Vonda S. McLeod (MCL032)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440

# CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 11th day of December, 2009

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

                                              /s/ Richard Shinbaum
                                              Richard D. Shinbaum
                                              Vonda S. McLeod